**ERIC GREEN #80115**
**Attorney at Law**
**T.W. Patterson Building**
**2014 Tulare Street, Suite 713**
**Fresno, California 93721**
**Telephone (559) 237-0800**
**Facsimile (559) 237-1990**

Attorney for Defendant
**RANDY LEE ROGERS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:16-CR-00072 LJO SKO |
| Plaintiff, | **ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| vs. | |
| RANDY LEE ROGERS, et al | |
| Defendant(s) | |

Defendant, RANDY ROGERS, requests that the following condition be removed from his conditions of pre-trial release: "You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by pretrial services officer; **CURFEW:** You are restricted to your residence every day from 9:00 p.m., to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment, or court-ordered obligations."

All other conditions of release, not in conflict, shall remain in full force and effect. Neither Pretrial Services Officer Ryan Beckwith, nor the government, Assistant United States Attorney Kimberly Sanchez, object to Mr. Rogers' request.

DATE: July 28 , 2016

                 /s/      Eric Green
                 ERIC GREEN,
                 Attorney for Defendant
                 RANDY LEE ROGERS

IT IS SO ORDERED.

Dated:   **July 29, 2016**                              /s/ Eric P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE