**ERIC GREEN #80115**
**Attorney at Law**
**The Rowell Building**
**2100 Tulare Street, Suite 512**
**Fresno, California 93721**
**Telephone (559) 237-0800**
**Facsimile (559) 237-1990**

Attorney for Defendant
**RANDALL LEE ROGERS**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:16-CR-00072 LJO-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| vs. | |
| RANDALL LEE ROGERS, | |
| Defendant | |

The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current Hearing of Monday, September 11, 2017, at the hour of 1:00 p.m., be continued to Wednesday, October 4, 2017, at the hour of 1:00 p.m. The reason for this continuance is that Mr. Green is currently in trial in Department 53 of the Fresno County Superior Court on a special circumstances murder case. His trial is anticipated to conclude sometime on or near September 25, 2017.

For the factual reasons above, the parties agree that the time between September 11, 2017 and October 4, 2017, shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, Sections 3161 (h)(7)(A) and 3161(h)(7)(B)(iv).

-1-

The parties agree that the time is excludable in that the ends of justice served by granting the continuance of the status conference to October 4, 2017 outweigh the best interests of the public and the defendant in a speedy trial. The parties agree that a continuance of the hearing to October 4, 2017 is necessary to ensure effective case preparation for resolution and denial of such a continuance would unreasonably deny defendant effective case preparation pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv).

DATE: September 7, 2017　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/     Eric Green
　　　　　　　　　　　　　　　　　　　　　　ROBERT LYONS,
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　RANDALL LEE ROGERS

DATE: September 7, 2017　　　　　　　　　　/s/     Kimberly Sanchez
　　　　　　　　　　　　　　　　　　　　　　KIMBERLY SANCHEZ,
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED.

Dated:  **September 7, 2017**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE