McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

RANDY LEE ROGERS,

                Defendant.

CASE NO. 1:16-CR-00072-LJO-SKO

PRELIMINARY ORDER OF FORFEITURE

Based upon the plea agreement entered into between United States of America and defendant Randy Lee Rogers, and the Bill of Particulars, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 26 U.S.C. § 5872, 49 U.S.C. § 80303, and 28 U.S.C. § 2461(c), defendant Randy Lee Rogers' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Winchester, model 1400, 12 gauge short-barrel shotgun, serial number N1173697, barrel length: 13.5", overall length: 34.5",

    b. (10) No manufacture, model AR-15 type, 5.56/.223 caliber short-barrel rifles, no serial numbers, barrel length: 8.5", overall length 28.5", made from unfinished lower receivers marked EP Armory,

    c. (2) No manufacture, model AR-15 type, 5.56/.223 caliber short-barrel rifles, no

PRELIMINARY ORDER OF FORFEITURE     1

|   |   |
|---|---|
| 1 | serial numbers, barrel length: 8.5", overall length 28.5", made from unfinished |
| 2 | lower receivers marked EP Armory, |

      d. Savage model 11 rifle, CAL: 22-250, SN: H81197C (16-ATF-012423),

      e. Marlin XT-17 pistol, CAL: 17, SN: MM40554B (16-ATF-012425),

      f. Taurus Circuit Judge rifle, CAL: 45/410, SN: FS3932 (16-ATF-012426),

      g. Stoeger 3000 shotgun, CAL: 12, SN: 1249714 (16-ATF-012427),

      h. Savage 311 shotgun, CAL: 12, SN: None (16-ATF-012429),

      i. SKS rifle, CAL: 7.62, SN: 1608410 (16-ATF-012430),

      j. American Tactical ATI Omni rifle, CAL: 5.56, SN: AR01542 (16-ATF-012431),

      k. Essex Arms Company 1911 pistol, CAL: 45, SN: 4224 (16-ATF-012444),

      l. Smith & Wesson 686 revolver, CAL: .357, SN: CPE3475 (16-ATF-012450),

      m. FN Herstal Five-seven pistol, CAL: 5.7, SN: 386274799 (16-ATF-012453),

      n. Taurus 605 revolver, CAL: .357, SN: NK88362 (16-ATF-012457),

      o. Springfield Armory XD 45 pistol, CAL: 45, SN: XS640013 (16-ATF-012412),

      p. Any and all ammunition seized in this case, and

      q. 2006 Ford F350 Lariat XLT crew cab, 4WD diesel truck, CA License Plate 7Z80651, VIN: 1FTWW31P46EC29394 (16-ATF-012203).

2. The above-listed assets constitute property involved in a violation of 26 U.S.C. § 5861.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service, the Bureau of Alcohol, Tobacco, Firearms and Explosives, or any other duly authorized law enforcement agency, in its secure custody and control.

4.   a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the

subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

      b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.     If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 26 U.S.C. § 5872, 49 U.S.C. § 80303, and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **May 18, 2018**               **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES CHIEF DISTRICT JUDGE