1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00072-LJO-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| RANDY LEE ROGERS, | |
| Defendant. | |

WHEREAS, on May 21, 2018, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Randy Lee Rogers in the following property:

    a. Savage model 11 rifle, CAL: 22-250, SN: H81197C (16-ATF-012423),

    b. Marlin XT-17 pistol, CAL: 17, SN: MM40554B (16-ATF-012425),

    c. Taurus Circuit Judge rifle, CAL: 45/410, SN: FS3932 (16-ATF-012426),

    d. Stoeger 3000 shotgun, CAL: 12, SN: 1249714 (16-ATF-012427),

    e. Savage 311 shotgun, CAL: 12, SN: None (16-ATF-012429),

    f. SKS rifle, CAL: 7.62, SN: 1608410 (16-ATF-012430),

    g. American Tactical ATI Omni rifle, CAL: 5.56, SN: AR01542 (16-ATF-012431),

    h. Essex Arms Company 1911 pistol, CAL: 45, SN: 4224 (16-ATF-012444),

| | |
|---|---|
| 1 |       i. Smith & Wesson 686 revolver, CAL: .357, SN: CPE3475 (16-ATF-012450), |
| 2 |       j. FN Herstal Five-seven pistol, CAL: 5.7, SN: 386274799 (16-ATF-012453), |
| 3 |       k. Taurus 605 revolver, CAL: .357, SN: NK88362 (16-ATF-012457), |
| 4 |       l. Springfield Armory XD 45 pistol, CAL: 45, SN: XS640013 (16-ATF-012412), |
| 5 |       m. Any and all ammunition seized in this case, and |
| 6 |       n. 2006 Ford F350 Lariat XLT crew cab, 4WD diesel truck, CA License Plate |
| 7 |           7Z80651, VIN: 1FTWW31P46EC29394 (16-ATF-012203). |

      AND WHEREAS, beginning on September 7, 2018, for at least thirty (30) consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

      AND WHEREAS, the United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:  Amanda Hayes.

      AND WHEREAS, this Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

      Accordingly, it is hereby ORDERED and ADJUDGED:

      1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 26 U.S.C. § 5872, 49 U.S.C. § 80303, and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Randy Lee Rogers and Amanda Hayes.

      2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///
///
///
///

3. The U.S. Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **January 4, 2019**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE