Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax: (559) 459-0656

Attorney for Randall Lee Rogers

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Randall Lee Rogers,<br><br>Defendant. | CASE No:  1:16-cr-00072 NONE<br><br>STIPULATION REGARDING BRIEFING SCHEDULE FOR COMPASSIONATE RELEASE MOTION<br><br>Courtroom: Five<br>(Hon. Dale A. Drozd) |

    Counsel for Randall Lee Rogers and Assistant United States Attorney Stephanie Stokman jointly stipulate as following regarding the briefing on the motion for compassionate release.

1. Counsel for Mr. Rogers' shall file any motion for compassionate release on or before **July 6, 2020.**
2. The United States shall file any opposition to Mr. Rogers' motion on or before **July 20, 2020.**
3. Counsel for Mr. Rogers' shall file any reply to the United States' opposition on or before **July 31, 2020.**

/////
/////
/////
/////
/////

1

**IT IS SO STIPULATED.**

June 3, 2020                                         Respectfully submitted

/s/Barbara Hope O'Neill
Barbara Hope O'Neill
Attorney for Randall Lee Rogers

s/s Stephanie Stokman
Stephanie Stokman
Assistant United States Attorney

ORDER

Good cause appearing, the stipulation is ADOPTED.

IT IS SO ORDERED.

Dated:   **June 3, 2020**                             _____
                                                       UNITED STATES DISTRICT JUDGE