```
JAMES R. HOMOLA   #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
RANDALL ROGERS
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 16 CR 072 JLT-SKO |
| vs. | |
| | STIPULATION AND |
| RANDALL LEE ROGERS, | ORDER TO CONTINUE |
| Defendant. | |

Defendant RANDALL LEE ROGERS by and through his attorney James R. Homola, and the United States of America, by and through its attorney, Arelis Clemente, Assistant U.S. Attorney, hereby stipulate to the following joint request:

That the Status conference scheduled for November 2, 2023 be continued to December 14, 2023 at 2:00 pm to permit plea discussions.

DATED: October 24, 2023

```
/s/ James R. Homola              /S/ Arelis Clemente
JAMES R. HOMOLA                  ARELIS CCLEMENTE
Attorney for Defendant           Assistant U.S. Attorney
RANDALL LEE ROGERS
```

**ORDER**

The Status conference scheduled for November 2, 2023, is continued to December 14, 2023, at 2:00 pm before the Duty Magistrate Judge to permit plea discussions.  The intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:  **October 26, 2023**           /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE