```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
RANDALL ROGERS
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 16 CR 072 JLT-SKO |
| vs. | |
| | STIPULATION AND |
| RANDALL ROGERS, | ORDER TO CONTINUE |
| Defendant. | |

Defendant RANDALL ROGERS by and through his attorney James R. Homola, and the United States of America, through its attorney, Arelis Clemente, Assistant U.S. Attorney, hereby stipulate to the following joint request: That the Status Conference re Violation of Supervised Release hearing scheduled for December 14, 2023, be continued to February 7, 2024, at 2:00 pm before the Duty Magistrate Judge.  Delay is waived per the Speedy Trial Act.

DATED: December 5, 2023

```
/s/ James R. Homola              /S/ Arelis Clemente
JAMES R. HOMOLA                  ARELIS CLEMENTE
Attorney for Defendant           Assistant U.S. Attorney
RANDALL ROGERS
```

**ORDER**

The Status Conference re Violation of Supervised Release hearing scheduled for December 14, 2023, is continued to February 7, 2024, at 2:00 pm before the Duty Magistrate Judge and the intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

Dated: __**December 11, 2023**__     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE