```
JAMES R. HOMOLA   #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
RANDALL ROGERS
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 16 CR 072 JLT-SKO |
| vs. | STIPULATION AND ORDER TO CONTINUE |
| RANDALL ROGERS, | |
| Defendant. | |

Defendant RANDALL ROGERS by and through his attorney James R. Homola, and the United States of America, through its attorney, Arelis Clemente, Assistant U.S. Attorney, hereby stipulate to the following joint request: That the hearing scheduled for February 7, 2024, be continued to March 14, 2024, at 2:00 pm.  Delay is waived per the Speedy Trial Act.

DATED: February 2, 2024

```
    /s/ James R. Homola              /S/ Arelis Clemente
    JAMES R. HOMOLA                  ARELIS CLEMENTE
    Attorney for Defendant           Assistant U.S. Attorney
    RANDALL ROGERS
```

**ORDER**

**IT IS SO ORDERED.** The intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv). The status conference re violation of supervised release, currently noticed for February 7, 2024, is continued to March 14, 2024, at 2:00 pm before the duty magistrate judge.

IT IS SO ORDERED.

Dated:  **February 5, 2024**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE