PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>RANDALL LEE ROGERS,<br><br>           Defendant. | CASE NO.  1:16-CR-00072-JLT-SKO<br><br>MOTION TO DISMISS PETITION FOR VIOLATION OF SUPERVISED RELEASE WITHOUT PREJUDICE; VACATE CONTESTED HEARING; ORDER<br><br>DATE: April 29, 2024<br>TIME: 10:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

     The United States of America, by and through Phillip A. Talbert, United States Attorney, and Arelis M. Clemente, Assistant United States Attorney, moves to dismiss without prejudice the Supervised Release Violation Petition ("the Petition") in the interest of justice.  Dkt. 88.

     The Petition charged Randall Lee Rogers ("the defendant") with a new law violation and unauthorized/excessive use of alcohol.  The Petition's two charges related to an incident that occurred on August 31, 2023, when the defendant was involved in a vehicle accident after he allegedly drove while under the influence of alcohol.  The State of California ("the State") has filed DUI-related charges against the defendant involving the August 31, 2024 incident.  *The People of the State of California v. Randall Lee Rogers*, Case No. F24902177.  In the interest of justice, the U.S. Probation Office and the government agreed to move to dismiss the pending Petition.

     The government requests that the Court dismiss the Petition and vacate the Contested Hearing currently scheduled for April 29, 2024.

Dated: April 5, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ARELIS M. CLEMENTE
ARELIS M. CLEMENTE
Assistant United States Attorney

ORDER

IT IS HEREBY ORDERED that the Supervised Release Violation Petition is dismissed without prejudice in the interest of justice.  Dkt. 88.  All future dates in this matter, including the Contested Hearing scheduled for April 29, 2024, are VACATED.

All other conditions of the defendant's Supervised Release shall remain in full force and effect.

Dated:  April 9, 2024

_____
HON. JENNIFER L. THURSTON
United States District Judge